GRACE TATHAM, APPELLANT, *v.* THE COMMERCE INSURANCE COMPANY OF ALBANY, RESPONDENT.

*Policy of insurance — when avoided by sale of property.*

This action was·brought upon a policy of insurance, issued by the defendant, which contained a clause providing that "if the property be sold or transferred, or any change take place in title or possession, except in case of succession·by reason of the death of the assured, whether by legal process or judicial decree or voluntary transfer or conveyance, * * * the policy shall be void." After the issuing of the policy, the plaintiff conveyed the property insured thereby to Winn & Weaver, who held a mortgage thereon, by whom an agreement was executed, giving to the plaintiff possession of the property for one year, and also the option to pay $13,500 during said time, "as a consideration for the reconveyance. If payment not made, said property is to become fully vested" in Winn & Weaver. *Held,* that the transaction was a sale, and not a mortgage, and that the policy was avoided thereby.

APPEAL from a judgment in favor of the defendant.

——————, for the appellant.

——————, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., and GILBERT, J.

Judgment affirmed, with costs.